11-17-5

# U.S. DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE
# CHANGE OF ADDRESS

McCONOMY, SR., Paul L.

C# 05-785

CASE NUMBER

## VS.

## STATE OF DELAWARE

## GOVERNOR RUTH ANN MINNER, ETAL

### NEW ADDRESS & Phone # ...

110 NORTH POPLAR ST.
P.O. BOX 352
WILMINGTON, DE 19899

#1 PHONE (302) 753-0796 (msg.)
#2 PHONE (302) 323-0257 ( " )
#3 PHONE (302) 656-8542 ( " )

Paul L. McConomy, Sr.