IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. McCONOMY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-785 SLR |
| ) | |
| STATE OF DELAWARE, GOVERNOR ) | |
| RUTH ANN MINNER, WARDEN ) | |
| STANLEY TAYLOR, MD SATTIE ) | |
| ALIE, DOCTOR TAMMY KASTRE, ) | |
| MD RICHARD H. MILES, MD MIKE ) | |
| HOOPER, MD RODGERS, WARDEN ) | |
| RICK KEARNEY, WARDEN WILLIAMS,) | |
| ADMINISTRATOR CHRIS MELANEY, ) | |
| and WARDEN CARROLL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 30th day of November, 2005,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

/s/Sue L. Robinson
United States District Judge