NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Paul L. McConomy, SR.,
PLAINTIFF,
v.
STATE OF DELAWARE, GOVERNOR RUTH ANN MINNER, et al.,

DISTRICT COURT CIV. NO. DOCKET NUMBER: 05-785-SLR

DISTRICT COURT JUDGE: SUE L. ROBINSON

Notice is hereby given that **Paul L. McConomy, Sr.** (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

(ALSO) [X] Other (specify) I am enclosing evidence of Gov. Minner & Stanley Taylor & Dr. Tammy Kastre's direct involvement in this case. ALSO, I have written to and spoken with the other eight (8) defendants asking for a "C-PAP" and a correct "C-PAP MASK!"

entered in this action on 1-10-06 (date)

DATED: 5-3-6

_(signature)_ Paul J. McConomy, Sr.
(Counsel for Appellant-Signature)

PLEASE REINSTATE THE EIGHT (8) DEFENDANTS, WHICH JUDGE SUE L. ROBINSON DISALLOWED!
P.J. McC.

Paul L. McConomy, SR.
(Name of Counsel - Typed)

110 North Poplar Street
(Address)

Wilmington, DE 19801

(302) 753-0796 (OR) (302) 323-0257
(Telephone Number)

_____ (Counsel for Appellee)
_____ (Address)
_____ (Telephone Number)

2006 MAY -5 PM 2:08
CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.