**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Paul L. McConomy, Sr., | COURT CASE NUMBER: 05-785 (SLR) |
| DEFENDANT: Dr. Sattie Alie | TYPE OF PROCESS: OC |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr Sattie Alie (State of Delaware - Prison Medical)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o First Correctional Medical (F.C.M.)
6861 North Oracle Road, Tucson, AZ 85704

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul L. McConomy, Sr.
110 North Poplar Street
Wilmington, DE 19801

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: (1-12)? *
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE

* SEE APPEAL, THIRD CIRCUIT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Paul J. McConomy, Sr.
TELEPHONE NUMBER: (302) 753-0796 / 323-0257
DATE: 5-3-6

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 1 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk [signature] | Date 5-23-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

FILED
MAY 24 2006
U.S. DISTRICT COURT

Date of Service: 5/23/06
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Per Sue Cianciolo, FCM, FCM will not accept for individuals. Only for FCM.
Return Unexecuted
BF 5/23/06

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)