United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-785 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

2006 JUN 12 PM 3:03
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

RG Scanned

---

05-785-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) SUE CIANCIOLO  C. Date of Delivery 6-7-06<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>First Correctional Medical, Inc<br>6861 North Oracle Road<br>Tucson, AZ 85704 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 6169 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540