H:\FILES\DAN\McConomy\Motion to Seal.wpd

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL

First Correctional Medical, hereinafter "FCM", moves the Court for a protective order sealing the address of its former employee. In support of its motion, FCM offers the following:

1. Pursuant to D.I. 14, this Court requested that FCM provide the last known address of the following individual:

   Dr. Sattie Alie

2. Due to the sensitive nature of her employment and the population she served, FCM requests, for both the protection and privacy of Dr. Alie, that her personal information be kept under seal.

3. In order to comply with D.I. 14, FCM has filed the requested address as Exhibit A under seal and prays that this Court will see that service as to Dr. Alie is handled by the Federal Marshal Service without the plaintiff gaining access to the private information of Dr. Alie.

4. For the above mentioned reasons, FCM requests that this Court seal the address of FCM's former employee.

        **MCCULLOUGH & MCKENTY, P.A.**

        /s/ Dana Spring Monzo
        Daniel L. McKenty, Del. Bar #2689
        Dana Spring Monzo, Del. Bar # 4605
        McCullough & McKenty, P.A.
        1225 N. King Street, Suite 1100
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorneys for First Correctional Medical

Dated: June 15, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**AND NOW**, the Court having considered First Correctional Medical's Motion to Seal, and it appearing that the motion is brought in good faith,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that the address of First Correctional Medical's former employee be sealed.

_____
J.

# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

### FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A

### CONFIDENTIAL - FILED UNDER SEAL
### SUBJECT TO A PROTECTIVE ORDER

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

Dated: June 15, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on this date, **First Correctional Medical's Motion to Seal** was served, via first class mail, upon the following:

Paul L. McConomy, Sr.
110 North Poplar Street
P.O. Box 352
Wilmington, DE 19899-

**MCCULLOUGH & MCKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar #2689
Dana Spring Monzo, Del. Bar # 4605
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants

Dated: June 15, 2006