UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

**FIRST CORRECTIONAL MEDICAL'S MOTION TO SEAL - EXHIBIT A**

**CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

                                            **MCCULLOUGH & MCKENTY, P.A.**

                                            /s/ Dana Spring Monzo
                                            Daniel L. McKenty, Del. Bar #2689
                                            Dana Spring Monzo, Del. Bar # 4605
                                            McCullough & McKenty, P.A.
                                            1225 N. King Street, Suite 1100
                                            Wilmington, DE 19899-0397
                                            (302) 655-6749
                                            Attorneys for First Correctional Medical

Dated: June 15, 2006