8-28-6

U.S. DISTRICT COURT
CLERK OF THE COURT
844 KING, ST.
LOCKBOX 18
WILMINGTON, DE 19801

RE:
PAUL L. McCONOMY, Sr. — { ~~110 N. POPLAR ST., WILM, DE 19801~~ OLD ADDRESS }

VS.

STATE OF DELAWARE, ET AL

CASE # 05-785 SLR

PLEASE UPDATE COURT RECORDS, AS FOLLOWS...

MY NEW ADDRESS IS:

Paul L. McCONOMY, Sr.
(MY ACTUAL LOCATION) 7 KENSINGTON LANE
NEWARK, DE 19713

(OR)

(MAILING ONLY) → (MAILING) ONLY
Paul L. McCONOMY, Sr.
P.O. BOX 9467
NEWARK, DE 19714

FILED
AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

THANK YOU,
MAY JESUS GOD, GUIDE YOU IN "ALL YOU DO" FOR THE CITIZENS, YOUR FAMILY & FRIE[NDS]
Paul L. McConomy, Sr.



WILMINGTON DE 197
28 AUG 2006 PM 2 T

TO: U.S. DISTRICT COURT
CLERK OF THE COURT
844 KING STREET
LOCKBOX 18
WILMINGTON, DE 19801
AS. M.S. X-RAY



(FROM) Paul L. McCanomy, Sr.
P.O. Box 9467
NEWARK, DE 19714