IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. MCCONOMY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-785-SLR |
| | ) |
| M.D. SATTIE ALIE, and | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| NURSE BETTY, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL SERVICE ORDER**

At Wilmington this 28th day of September, 2006, the court having received an address from First Correctional Medical for Dr. Sitta B. Gombeh Alie ("Dr. Alie"), and First Correctional Medical refusing to accept service on behalf of its current or former employees;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. First Correctional Medical's motion to seal (D.I. 17) is **granted**.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **Dr. Sitta B. Gombeh Alie**. **Plaintiff is not required fill in the "Serve At" section. The**

**"Serve At" section will be completed by the court.** Additionally, plaintiff shall provide the court with a copy of the complaint (D.I. 2) for service upon Dr. Alie. Plaintiff is notified that the United States Marshal will not serve the complaint until the "U.S. Marshal 285" form has been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" form for Dr. Alie within 120 days from the date of this order may result in the complaint being dismissed or Dr. Alie being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    4.    Upon receipt of the form(s) required by paragraph 3 above, the United States Marshal shall forthwith serve copies of the complaint (D.I. 2), and the court's order dated January 11, 2006 (D.I. 5), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant identified in the 285 form. The executed return of service or return of waiver form for **defendant Dr. Sitta B. Gombeh Alie SHALL BE FILED UNDER SEAL**.

    5.    Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and

return the waiver.

6. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

7. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

　　　　　　　　　　　　　　　　　_/s/ Sue L. Robinson_
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE