OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court
(**District of Delaware** )

Date  **March 21, 2007**

**McConomy vs. State of DE**
(Caption)

Appeal No.  **06-2632**

**Paul L. McConomy Sr.**
( Appellant)

**D. C. No. 05-cv-00785**

Enclosures:

   **March 21, 2007**   Certified copy of C. of A.  Order by the Clerk/Court.

_____   We release the certified list .

_____   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on _____ is recalled.

**Carolyn Hicks   (267)-299-4926**
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2006\2632\clkltr032107.wpd