UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. MCCONOMY, SR. ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-785-SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ET AL ) | JURY OF TWELVE DEMANDED |
| ) | |
| Defendants. ) | |

### SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.


McCULLOUGH & McKENTY, P.A.          McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                           /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*    Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                              Legal Arts Building
1225 King Street, Suite 1100                 1225 King Street, Suite 1100
P.O. Box 397                                        P.O. Box 397
Wilmington, DE 19899-0397                  Wilmington, DE 19899-0397
302-655-6749                                        302-655-6749
Attorney for Defendant                          Attorney for Defendant
First Correctional Medical                      First Correctional Medical


Dated: June 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL L. MCCONOMY, SR. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-785-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individual via first class mail:

Paul L. McConomy, Sr.
110 North Poplar Street
P.O. Box 352
Wilmington, DE 19899

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007