IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. MCCONOMY, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-785-SLR ) |
| MD SATTIE ALIE, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this day of August, 2007, there having been no activity in the above-captioned case with respect to defendant M.D. Sattie Alie since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 19, 2007,** plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT.

United States District Judge