U.S. DISTRICT COURT
FOR DISTRICT OF DELAWARE

Paul. L. Mc Conomy, SR,
       PLAINTIFF,

V.

MD SATTIE ALIE, ET al.
       DEFENDANT

CIV. No.
05-785-SLR

8-27-7

"REQUEST"

TO THE HONORABLE JUDGE SUE L. ROBINSON & THE HONORABLE U.S. DISTRICT COURT FOR DELAWARE

PLEASE, FIND THIS, AS LEGAL NOTICE OF MY CONTINUED INTEREST & PURPOSE IN SEEKING A JUDGEMENT OF "DEFAULT IN APPEARANCE" AGAINST DEFENDANT, MD. SATTIE ALIE IN ACCORDANCE WITH Fed. R. CIV. P. 55(a).

I have suffered stress and physical torture as a result of this woman's actions against me from NOV. 11th 2003 till August, 05. Also Governor Ruth Ann Minner sent me a letter stating she was concerned with my plight and that she would forward (my letter to her) to MR. STANLEY TAYLOR (HEAD of DELAWARE CORRECTIONS PLEASE SEEK JUSTICE FOR ME,

Judge Robinson, in your decisions as to how culpable any and all parties may be

Paul L. McConomy, Sr.

*Paul L. McConomy, Sr.*

P.O. Box 9467
Newark, DE 19714
(302) 224-4296