IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. MCCONOMY, SR., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-785-SLR |
| DR. SATTIE ALIE, | ) ) ) |
| Defendant. | ) ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Dr. Sattie Alie pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 21 and 25)

Dated: November 19, 2007

_____
(By) Deputy Clerk