IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL L. MCCONOMY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-785-SLR |
| | ) |
| DR. SATTIE ALIE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of March, 2008, plaintiff having filed a motion seeking a "judgment of 'default in appearance'" against defendant Dr. Sattie Alie (D.I. 25); and said defendant having failed to answer or otherwise respond to the complaint or to the court's default in appearance;

IT IS ORDERED that judgment be, and hereby is, entered against defendant Dr. Sattie Alie and in favor of plaintiff Paul L. McConomy, Sr.

IT IS FURTHER ORDERED that, on or before April 7, 2008, plaintiff shall file with the court a statement outlining the damages he seeks against defendant Dr. Alie, and providing support for said damages.

_____
United States District Judge