Paul L. McConomy, Sr.
P.O. Box 9467
Newark DE 19714-9467  (PLAINTIFF)

V

DR. SATTIE ALIE (DEFENDANT)

CIV. NO. 05-785-SLR

THE HONORABLE SUSAN L. ROBINSON
U.S. DISTRICT COURT
OFFICE OF CLERK
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE 19801-3570



FILED
APR - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned

DEAR JUDGE ROBINSON & THE HONORABLE COURT;

THIS STATEMENT WILL OUTLINE THE DAMAGES TO MY body and mind as a result of the negligent and irresponsible actions of defendant Dr. Alie against me.

AFTER CROZIER HOSPITAL SLEEP CENTER DIAGNOSED ME with a severe form of SLEEP APNEA IN 1981, I was put on a breathing machine (C-PAP). The tissue above my trachea would flop over the trachea opening causing me to suffocate without my C-PAP. If my wife had not awakened me with a swift elbow to my mid-section, over those months, before I got my C-PAP, I would have suffered a stroke or heart attack or even death. The CROZIER SLEEP CTR. DOCTORS, my family doctor (YEZDANI) AND MY CURRENT NEUROLOGIST, Dr. Lee Dresser have all warned me of this danger of stroke, heart failure & death over the past 27 years. They, even, warned me not to nap or fall asleep on a bus or in my probation

my mouth open a crack for more air.

⑤ However, the wash cloth caused much discomfort and hindered my sleep and posed another danger of choking! Several times, I awoke with a start because the wash rag had shifted and began to be logged in my throat, choking me, literally!

⑥ The wash cloth also caused extra saliva to be produced and to dribble out of the corners of my mouth THE whole thing with the wash cloth was very stressful and annoying which did not allow me to sleep properly.

⑦ Desperate for rest I would take a chance and try to sleep without the wash cloth. However, with or without the wash rag in my mouth my sleep was never deep R.E.M. sleep!

⑧ Every night and during my day naps, I would awake from my light, semi-sleep with a start thinking, I was being suffocated by someone holding a pillow over my face. It was horrible, gasping for air feeling my chest pounding and pain in my HEART AREA, as I struggled to make sense of what was happening to me.

⑨ Each nite brought a variety of frightening and sleep depriving moments which turned into hours of sleeplessness. IF, someone can't sleep, they take a sedative. I did not dare do so because of the danger of dying without my C-PAP! So, my nightly torture went on and on, seemingly impossible to deal with?! I prayed constantly

CONT'D JUDGE ROBINSON                3-26-8            Pg.4

⑩ BECAUSE OF THE DECREASE OF OXYGEN DUE TO MY NOT having deep R.E.M. sleep (NO DREAMING) MY heart was weakened (SEE HEART SURGEON, DR ANTHONY FUREY). Also, my other vital organs were weakened and put at risk! (22 MONTHS OF physical damage)

⑪ THE waking hours of the day were ALSO filled with severe sleep deprivation symptoms: (PURE AGONY)
  (A) CONSTANT chest pain
  (B) CONSTANT shortness of breath
  (C) EXTREME DROWSINESS to the point of falling asleep without warning at blood tests or other procedures (ie. Eye exams etc.)
  (D) Falling asleep while reading or riding in prison vans to court.
  (E) Falling asleep in holding cells, at court.
  (F) Could NOT concentRATE ON anything.
  (G) Bible reading & Bible STUDY were almost impossible — could not hold my eyes open; YAWNING all the time.
  (H) Feeling terrible all day & night. HAVE YOU EVER GONE without sleep for TWO OR THREE DAYS due to a crises or INSOMNIA? THIS IS HOW I felt every day. Please, TRY TO UNDERSTAND MY GREAT suffering and have compassion on me! HAVE MERCY ON MY Sufferings, Please, JUDGE ROBINSON.

(12) THE SLEEP DEPRIVATION aND MENTAL ANGUISH CAUSED BY ME NOT HAVING A C-PAP CAN BE VERIFIED BY DR. LEE DRESSER, MY NEUROLOGIST, AND these symptoms are NORMAL with A SEVERE SLEEP APNEA PATIENT, WHO HAS BEEN DENIED HIS OR HER C-PAP MACHINE!

(13) Judging by my POOR tReatment, while in jail, and the countless others, who have suffered at the hands of DR. ALIE'S INCOMPETENCE, IT IS NO WONDER, SHE WAS NOT EVEN ACCREDITED WITH THE AMERICAN MEDICAL ASSOCIATION. THIS IS NOT SURPRISING, However, considering the type and lack of quality of PERSONEL hired by the Delaware PRISON system (See LAST FIVE YEARS OF STORIES IN THE NEWS JOURNAL ABOUT MEDICAL MALPRACTICE SuiTS)

(14) YOUR HONOR, I have been caught up and lost in the Delaware PRISON system and through NO fault of my own was victimized by it's inept practices through the hands of one, Sadtie ALIE!
   IF, YOU COULD HAVE seen the look of Horror ON DR BURNS FACE (HEAD OF INFIRMARY, GEORGETOWN, DE) when she read my ST. FRANCIS HOSPITAL, EVALUATION, REPORT (4-1-04) and said to me, "MR. McCONOMY, YOU ARE A SICK MAN. WHY DON'T YOU have A C-PAP? WE'LL SEE I WE CAN GET YOU ONE!" you would have had an idea of what I was going through!!!

CONT'D... JUDGE ROBINSON    3-26-8    pg 6

CONSIDERING HOW SEVERE MY SLEEP APNEA IS AND HOW LONG (27 YRS) I'VE DEALT WITH IT AND HOW KNOWLEDGEABLE I'VE BECOME, IS IT ANY WONDER, HOW STRESSED AND TORTURED I'VE BEEN?

JUDGE ROBINSON,

THE FACTS, I have stated herein are common medical realities, which are verifiable, if it becomes necessary.

IN light of the damages to my physical, emotional and mental, person, listed in this document, I seek $25,000 damages be awarded to me by the HONORABLE COURT (OR) A GREATER AMOUNT, IF THE COURT SEES THE GREAT SUFFERING DESCRIBED HEREIN. I will respect the wisdom of the HONORABLE COURT IN This matter of "AMOUNT OF AWARD OF DAMAGES" AND WILL TRUST JESUS JEHOVAH GOD To Make it a fair compensation! FOR it was only by "His" sustaining Power That I survived this ordeal. MAYBE, SOMETHING will be done to keep other inmates from suffering life threatening tortures, such as, I have endured!? WHILE IN PRISON, I wrote TO GOV. MINNER AND she wrote back, that she FOWARDED my letter on MEDICAL ABUSE TO STANLEY TAYLOR, HEAD OF PRISONS!

MAY JESUS MY GOD BE WITH THE HONORABLE JUDGE AND WITH THE HONORABLE COURT IN THIS MATTER AND IN ALL matters which come before the HONORABLE COURT!

Respectfully yours,
Paul L. McConomy, Sr.
Paul L. McConomy, Sr.



USA FIRST-CLASS FOREVER

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR -4  PM 1:44

SS

THE HONORABLE
SUSAN L. ROBINSON
c/o U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 North King St (U.S.M.S. Locker Box 18
X-RAY
WILMINGTON, DE 19801-3570



Paul L Mc Conomy Sr
PO Box 9467
Newark DE 19714